**Opinion issued August 7, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00605-CV

———————————

**MOSAIC BAYBROOK ONE, L.P., MOSAIC BAYBROOK TWO, L.P., AND MOSAIC RESIDENTIAL, INC., Appellants**

**V.**

**PAUL SIMIEN, ET AL., Appellees**

---

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-08379A**

---

## MEMORANDUM OPINION

Appellants have neither paid nor made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellants failed to adequately respond. *See*

TEX. R. APP. P. 37.3(b), 42.3(b). Accordingly, we dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.